CLERK, U.S. DISTRICT COURT

MAR 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority ☒
Send
Enter
Closed ☒
JS-5/JS-6
JS-2/JS-3
Scan Only____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIE C. RUCKER,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA,<br>　　　　　　Respondent. | NO. EDCV 07-309 VBF (FFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: _March 31, 2008_

_____
VALERIE BAKER FAIRBANK
United States District Judge